# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   09-cv-01049-REB-MJW           FTR - Courtroom A-502

**Date:**  August 31, 2009                            Courtroom Deputy, Ellen E. Miller

*Parties*                                             *Counsel*

SHAWN FELDMAN,                                        Marc H.  Schtul   (By telephone)
    Plaintiff(s),

v.

BOARD OF EDUCATION OF SCHOOL DISTRICT                 Michael B. Case
NO. 1,
MICHAEL BENNETT,
ANTWAN WILSON,
B.  MARK FRANCIS,
ANGELA ROBERTSON, and
CHARLES ROBERTSON,
    Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **SHOW CAUSE HEARING**
**Court in Session:**   9:29 a.m.
Court calls case.  Appearances of counsel.

It is noted defendant Charles Robertson was served on August 27, 2009, and the Return of Service was filed August 28, 2009 [Docket No. 23].

**It is ORDERED:**      The ORDER TO SHOW CAUSE [Docket No. 20, Filed July 09, 2009] is deemed satisfied, and is vacated.

**It is ORDERED:**      Plaintiff's UNOPPOSED MOTION TO VACATE SHOW CAUSE HEARING [Docket No. 24, Filed Sunday, August 30, 2009] is **granted** as Charles Robertson has been served.

M. Brent Case anticipates entering his appearance on behalf of Charles Robertson.

The SETTLEMENT CONFERENCE  set **SEPTEMBER 01, 2009 at 2:00 p.m.**  remains set.

Hearing concluded.        **Court in recess:** 9:33 a.m.     Total In-Court Time 00:05

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free 1-800-962-3345.   FAX (303) 893-8305        www.AveryWoods.net