# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  09-cv-01049-REB-MJW          FTR - Courtroom A-502

**Date:**  October 8, 2009                         Courtroom Deputy, Ginny Kramer

SHAWN FELDMAN,                                     Marc Schtul

       Plaintiff,

v.

BOARD OF EDUCATION OF SCHOOL DISTRICT               Brent Case
NO. 1 The
*actually named as Board of Education District #1*
*City and County of Denver,* et al

       Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:  MOTION HEARING

**Court in Session: 3:00 p.m.**
Court calls case.  Appearances of counsel.

Opening statements by the Court.

Argument as to Plaintiff's Motion for Leave to *Conduct Discovery on Limited Issue of Immunity* [#33] by Mr. Schtul.

Response by Mr. Case.

Argument as to Plaintiff's First Motion for Extension of Time to File Response/Reply as to [#29] Motion to Dismiss by Mr. Schtul.

Response by by Mr. Case.

 **It was ORDERED:**

    1.    That the plaintiff's Motion for Leave to *Conduct Discovery on Limited Issue of Immunity* [#33], filed October 1, 2009, is **granted**.

    2.    That the plaintiff shall take the deposition of defendant, Mr. Charles Robertson, on **October 20, 2009, at 9:00 a.m.**

    3.    That the plaintiff's First Motion for Extension of Time to File Response/Reply as

        to [#29], filed October 1, 2009, is **granted**.  The plaintiff shall file a response **on or before November 16, 2009.**

Hearing concluded.
**Court in recess:       3:13 p.m.**
Total In-Court Time 00:13 minutes

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.