IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01049-REB-MJW

SHAWN   FELDMAN,

Plaintiff,

v.

BOARD OF EDUCATION SCHOOL DISTRICT #1 CITY AND COUNTY OF DENVER, et al.,

Defendants.

**MINUTE ORDER
(DN 51)**

**Entered by Magistrate Judge Michael J. Watanabe**

After careful review of the subject motion (docket no. 51) and response (docket no. 58) thereto, I find that there was a "failure to communicate" between counsel concerning Plaintiff's responses to the District's Interrogatories and Request for Production of Documents.  Due to this "failure to communicate" the subject motion (docket no. 51) was filed with court.  Accordingly, it is hereby ORDERED:

1. That Defendant Board of Education, School District #1, City & County of Denver's ("District") Motion to Compel Plaintiff to Respond to Defendants' Interrogatories and Request for Production of Documents (docket no. 51) is DENIED WITHOUT PREJUDICE;

2. That Plaintiff shall provide responses to the District's Interrogatories and Request for Production of Documents on or before February 16, 2010;

3. That if the parties have future discovery disputes then counsel shall meet and confer, **in person**, and not via e-mail, telephone, telephone massaging, faxing or texting to try and work out **without** court intervention such discovery disputes before filing any further Motions to Compel Discovery with the court; and,

4. That each party shall pay their own attorney fees and costs for this motion.

Date:  January 28, 2010