**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01049-REB-MJW

SHAWN FELDMAN,

    Plaintiff,

v.

BOARD OF EDUCATION SCHOOL DISTRICT #1 CITY AND COUNTY OF DENVER,
MICHAEL BENNETT, as Superintendent,
ANTWAN WILSON, an individual,
B. MARK FRANCIS, an individual,
ANGELA ROBERTSON, an individual, and
CHARLES ROBERTSON, an individual,

    Defendants.

## MINUTE ORDER[1]

    The court has been advised that this case has settled. Dismissal documents are to be filed on or before April 15, 2010. *See* **Minute Order** [#66] entered March 8, 2010.

    **THEREFORE, IT IS ORDERED** that defendants' **Motion To Dismiss** [#12] filed June 9, 2009, is **DISMISSED WITHOUT PREJUDICE**.

    Dated: March 25, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.