**IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO
                             Judge Robert E. Blackburn**

Civil Case No. 09-cv-01049-REB-MJW

SHAWN FELDMAN,

    Plaintiff,

v.

BOARD OF EDUCATION SCHOOL DISTRICT #1 CITY AND COUNTY OF DENVER,
MICHAEL BENNETT, as Superintendent,
ANTWAN WILSON, an individual,
B. MARK FRANCIS, an individual,
ANGELA ROBERTSON, an individual, and
CHARLES ROBERTSON, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is **Plaintiff's Motion To Dismiss With Prejudice** [#70] filed April 16, 2010. After careful review of the motion and the file, I concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Plaintiff's Motion To Dismiss With Prejudice** [#70] filed April 16, 2010, is **GRANTED**;

    2. That the Trial Preparation Conference set for June 25, 2010, is **VACATED**;

    3. That the jury trial set to commence July 12, 2010, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 16, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge